USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/18/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Anthony Ashley,

                     Plaintiff,

      -against-

City of New York et al.,

                     Defendants.

1:20-cv-03888 (LTS) (SDA)

**AMENDED ORDER OF SERVICE**

**STEWART D. AARON, United States Magistrate Judge:**

Because Plaintiff has been granted permission to proceed *in forma pauperis* ("IFP") (*see* ECF No. 7), he is entitled to rely on the Court and the U.S. Marshals Service to effect service. *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013 ); *see also* 28 U.S. C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP).

To allow Plaintiff to effect service on Defendants through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for each Defendant at the following addresses:

1. City of New York
   100 Church Street
   New York, NY 10007

2. Project Renewal
   200 Varick Street
   New York, NY 10014

3. New York City Housing Authority
   90 Church Street, 11th Floor
   New York, NY 10007

4. Mayor Bill de Blasio
   City Hall
   New York, NY 10007

5. New York State Office of Alcoholism Substance Abuse Services ("OASAS")
   501 7th Avenue
   New York, NY 10018-5903

6. Sera Security
   2804A 3rd Ave
   Bronx NY 10455

The Clerk of Court is further instructed to issue summonses and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon these defendants. Plaintiff must notify the Court in writing if his address changes, and the Court may dismiss the action if Plaintiff fails to do so.

Plaintiff is advised that, due to the health crisis, parties proceeding *pro se* are encouraged to submit all filings by email to Temporary_Pro_Se_Filing@nysd.uscourts.gov. Additional information, including instructions on this new email service for *pro se* parties, is available on the Court's website at https://www.nysd.uscourts.gov/prose.

Plaintiff is further advised that there is a legal clinic in this District to assist people who are parties in civil cases and do not have lawyers. The Clinic is run by a private organization called the New York Legal Assistance Group; it is not part of, or run by, the Court (and, among other things, therefore cannot accept filings on behalf of the Court). An unrepresented party can make an appointment in person or by calling 212-659-6190.

A copy of this Order will be mailed to the *pro se* Plaintiff by Chambers.

**SO ORDERED.**

DATED:   New York, New York
         June 18, 2020

_____
STEWART D. AARON
United States Magistrate Judge